NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: ADAPTREND, INC.,**
*Appellant*

---

2023-1195

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92074784.

---

**ON MOTION**

---

Before STOLL, *Circuit Judge*.

**O R D E R**

Adaptrend, Inc. moves to reopen its appeal after it was dismissed for failure to timely file its brief and to set a briefing schedule. Narita Export LLC, the petitioner in the proceedings below, did not respond to the motion and has not filed a notice of appearance in this matter.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, the March 29, 2023, dismissal order is vacated, the mandate is recalled, and the

appeal is reopened. The opening brief is due within 21 days of the date of filing of this order.

(2) The official caption and short caption are revised to reflect Narita's non-participation.

(3) Within 30 days from the date of filing of this order, the United States Patent and Trademark Office (PTO) is directed to inform this court whether it intends to intervene in this appeal.

(4) If the PTO elects to participate as intervenor, its docketing statement is due no later than 14 days after its notice of election to intervene, and its brief shall be served within 40 days of the date of filing of the PTO's notice of intervention.

FOR THE COURT

May 11, 2023 /s/ Peter R. Marksteiner
Date Peter R. Marksteiner
Clerk of Court

cc: United States Patent and Trademark Office