NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ADAPTREND, INC.,**
*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office**
*Intervenor*

2023-1195

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92074784.

**ON MOTION**

**O R D E R**

Upon consideration of the Director of the United States Patent and Trademark Office's motion to intervene in response to this court's May 11, 2023, order,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>July 25, 2023</u>        <u>/s/ Jarrett B. Perlow</u>
Date        Jarrett B. Perlow
Clerk of Court