

# United States Patent and Trademark Office

*Office of the General Counsel*
*Office of the Solicitor*

October 26, 2023

Hon. Jarrett B. Perlow
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

### NOTICE OF WITHDRAWAL OF DIRECTOR'S COUNSEL

The Director of the United States Patent and Trademark Office ("Director")

hereby provides the Court with notice that Thomas W. Krause is withdrawing as counsel

for the Director in all pending appeals in which he has filed entries of appearance.

Dated: October 26, 2023

Respectfully submitted,

*/s/ Farheena Y. Rasheed*
FARHEENA Y. RASHEED
*Acting Solicitor*
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313-1450
farheena.rasheed@uspto.gov
Tel: (571) 272-9035