# United States Court of Appeals for the Federal Circuit

---

**ADAPTREND, INC.,**
*Appellant*

**v.**

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2023-1195

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92074784.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 28, 2025
Date

Jarrett B. Perlow
Clerk of Court